■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE ALLEN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Schwartzwald, J.), rendered December 20, 1982, convicting him of two counts of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence adequately showed that defendant participated in the robbery, and was not a mere bystander (*Matter of Wade F.,* 49 NY2d 730). Under the circumstances, including defendant's prior criminal history, the sentence imposed was not excessive. Thompson, J. P., Weinstein, Neihoff and Lawrence, JJ., concur.